UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:14-cr-00035-6

**United States of America**

v.

**Serjio Antonio Urbina**

**ORDER**

    This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on October 28, 2024, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 459 at 2. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 458.

    Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that defendant be sentenced to imprisonment for a period of 12 months and 1 day with no supervised release to follow. The court recommends that defendant serve his sentence at FCI Seagoville, Texas, and that defendant receive drug treatment if available.

*So ordered by the court on November 6, 2024.*

J. CAMPBELL BARKER
United States District Judge